IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rollins Ranches LLC and British Gundogs, LLC, ) | C/A No.: 0:18-3278-SAL-SVH |
| Plaintiffs, ) | ORDER |
| vs. ) | |
| Rachael Watson, ) | |
| Defendant. ) | |

On December 5, 2018, Rollins Ranches LLC and British Gundogs, LLC ("Plaintiffs") filed the instant suit against Rachel Watson ("Defendant"), who is proceeding pro se, alleging defamation, tortious interference with existing and prospective business relationships, and civil conspiracy based on Defendant's interactions with "persons in the dog training and breeding industry," an industry in which both Plaintiffs and Defendant are involved. [*See* ECF No. 1]. More specifically, Plaintiffs argue that "Defendant had, in conspiracy with her husband, Robin Watson, defamed Plaintiffs and tortiously interfered with Plaintiffs' business relationships in the dog breeding and training community." [*See* ECF No. 19 at 1].

Plaintiffs served Defendant with complaint and summons on March 9, 2019. [ECF No. 10]. Defendant failed to timely file an answer. Plaintiffs requested an entry of default on April 23, 2019, which the Clerk of Court

entered on the same day. [ECF Nos. 13, 14]. Defendant has not moved to set aside entry of default.

On May 29, 2019, Plaintiffs sought, and the court granted, leave for Plaintiffs to engage in post-judgment discovery to establish the extent of damage suffered by Plaintiffs as a result of Defendant's actions. [ECF Nos. 16, 17]. Currently pending before the court is Plaintiffs' renewed motion to compel discovery responses and production of records [ECF No. 28], to which Defendant has filed opposition. [ECF Nos. 29, 31].

The case was referred to the undersigned on April 16, 2020, pursuant to Local Civ. Rule 73.02(B)(2)(e) (D.S.C.).

The court directs Defendant to notify the court by May 20, 2020, of the identity of an attorney she has retained to represent her in this case, or, alternatively, of her desire to continue to proceed with this litigation pro se, i.e., without an attorney. To this end, Defendant shall, by May 20, 2020, complete the attached notice and mail it to the Clerk of Court at the address indicated.  If Defendant fails to file the attached letter with the Clerk within the time prescribed, the court will consider her as proceeding pro se.

Defendant is specifically advised that, if no attorney is obtained to represent her interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice.  Defendant is directed to

consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a defense, striking a pleading, and/or entering a default judgment against the party.

IT IS SO ORDERED.

April 20, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

Name: _____

Address: _____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

*In Re:  0:18-cv-3278-SAL-SVH Rollins Ranches v. Watson*

Dear Ms. Blume:

In response to the order of Judge Hodges dated April 20, 2020, I wish to advise as follows:

\_\_\_\_\_   1.   I, _____ (Printed Name), have obtained a new attorney to personally represent me in this matter.  His [or her] name, address, and telephone number are as follows:

_____

_____

OR

\_\_\_\_\_   2.   I, _____ (Printed Name), have **NOT** obtained a new attorney and will represent myself in this matter.  I request that the Clerk of Court direct all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

_____   _____
Signature                                                                    Date