IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rollins Ranches LLC and British Gundogs, LLC, ) ) ) Plaintiffs, ) ) vs. ) ) Rachael Watson, ) ) Defendant. ) ) | C/A No.: 0:18-3278-SAL-SVH ORDER |

As has been previously recounted by the court, default was entered against Defendant[1] in this case on April 23, 2019, and the court provided Plaintiffs with a 90-day discovery window to determine their damages, commencing June 20, 2019. [ECF Nos. 14, 17]. Discovery since then has been ongoing, contentious, and seemingly unproductive.

This matter comes before the court on the declaration submitted by Plaintiffs in response to the court's order issued August 20, 2020, directing Plaintiffs to detail the specific discovery they have and have not received from Defendant. [*See* ECF Nos. 48, 50, 50-1]. Plaintiffs declare they have not received the following requested discovery from Defendant: (1) the Tibea

---

[1] Defendant has informed the court that her legal name is not Rachael Watson, but Rachael Corbett. The court directs the Clerk's Office to change the caption to reflect the defendant as "Rachael Watson aka Rachael Corbett." [*See, e.g.*, ECF No. 46 at 2].

Gundogs contact lists, (2) access to the Tibea Gundogs and Plaintiff's personal Facebook and other social media pages, (3) telephone account statements since 2017, (4) certain 2020 bank statements and cancelled checks, and (5) access to certain emails since 2017. [ECF No. 50-1 at 4–7].

Defendant is to produce responsive materials to these requests no later than **September 30, 2020**. As has been previously and repeatedly emphasized by the court, Defendant is again warned the court will sanction her for failure to comply with the court's order. [*See* ECF Nos. 39, 48]. More specifically, Defendant is warned that her failure to timely produce responsive materials to Plaintiffs' discovery requests will result in a recommendation for entry of default judgment against Defendant, with damages owed by Defendant based on evidence in Plaintiffs' possession and all reasonable inferences drawn from that evidence in Plaintiffs' favor.

Plaintiffs are directed to submit to the court no later than **October 7, 2020**, a status report on Defendant's production of responsive records and on the filing of Plaintiffs' motion for default judgment.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 14, 2020                      Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge

2